# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>ROYCE BRETON, )<br>)<br>    **DEFENDANT** ) | **CRIMINAL NO. 2:11-CR-111-DBH** |

## ORDER ON DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND MOTION FOR NEW TRIAL

The motion for judgment of acquittal and for new trial is **DENIED**. There was sufficient evidence for the jury to find the defendant guilty beyond a reasonable doubt on all charges.

**SO ORDERED.**

**DATED THIS 28TH DAY OF JUNE, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**